UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROSE ANN JUAREZ,<br>    Plaintiff, | §<br>§ | |
| v. | § | No. 3:16-CV-02460-M-BF |
| SETERUS, INC., et al.,<br>    Defendants. | §<br>§<br>§ | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney dated December 28, 2016. The Court reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that this case will be dismissed without prejudice for failure to prosecute or follow court orders.

**SO ORDERED,** this 19th day of January, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE